IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROTHWELL,

    Petitioner,                   No. CIV S-09-2917 GEB KJM P

   vs.

M. MARTELL,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On May 27, 2010, petitioner filed a motion in which he seeks release on bail. The court can only release a habeas petitioner in an extraordinary case involving special circumstances or after a showing of a high probability of success on the merits of a habeas petition. <u>In re Roe</u>, 257 F.3d 1077, 1081 (9th Cir. 2001). Petitioner has not made the showing necessary for the court to order petitioner released on bail.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's request for release on
2  bail (#13) is denied.
3  DATED: June 3, 2010.

                U.S. MAGISTRATE JUDGE

roth2917.mfb